IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID MAYNARD, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 4:13-cv-01116 |
| McDONALD'S RESTAURANTS OF TEXAS, INC., | § § § § | |
| Defendant | § § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Motion for Dismissal; the motion is GRANTED.

The court ORDERS Plaintiff's claims against Defendant McDonald's Restaurants of Texas, Inc. are dismissed with prejudice; each party shall assume their own costs and attorney's fees.

Signed in Houston, Texas this 13th day of December 2013

Keith P. Ellison
United States District Judge